**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nat Palaniappan, | No. CV-17-00517-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Gilbert Hospital LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Judgment on the Pleadings (Doc. 105). Plaintiff seeks judgment on his claims against Defendant Gilbert Hospital[1] for breach of fiduciary duty under ERISA. Defendant Gilbert Hospital filed bankruptcy in May 2018 (Doc. 74). Defendant's attorney later filed a Motion to Withdraw (Doc. 76), which the Court granted (Doc. 79). The Court ordered Defendant to file a notice of appearance by July 13, 2018. No attorney ever filed such a notice, and Defendant's Chief Executive Officer has since been listed as a *pro se* representative on the docket. A *pro se* litigant cannot represent an entity. *See Root v. Tempe St. Luke's Hosp.*, No. CV-05-2832-PHX-SRB, 2006 WL 8431029 *4 (D. Ariz. Aug. 3, 2006). Regardless, Defendant has not signaled any intent to participate in the litigation. (*See* Doc. 88 at 2 (explaining that Defendant Gilbert Hospital's receiver refused to accept the appointment of a new defense attorney).)

---

[1] The Court granted Defendant Principal Financial Group's Motion to Dismiss on September 4, 2018 and dismissed with prejudice all claims against Principal. (Doc. 96.)

Given that Defendant's bankruptcy proceedings concluded in June 2018, the Court need not wait to rule on Plaintiff's Motion for Judgment on the Pleadings. *See Gilbert Hosp., LLC v. Johns*, 2:18-BK-04557-BMW. Defendant did not file a Response to Plaintiff's Motion, which the Court construes as consent to granting judgment in favor of Plaintiff. *See* LRCiv 7.2(i).

**IT IS THEREFORE ORDERED** granting Plaintiff's Motion for Judgment on the Pleadings (Doc. 105).

**IT IS FURTHER ORDERED** that Plaintiff shall within 14 days from the date of this Order file an accounting of damages supported by affidavits or declarations setting forth specific evidence demonstrating the amount of damages sought. The Court will order additional hearings as necessary.

Dated this 16th day of August, 2019.

Honorable John J. Tuchi
United States District Judge